IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR399 |
| | ) | |
| v. | ) | |
| | ) | |
| IVAN J. PARKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to restrict (Filing No. 39).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that the motion to restrict is granted. The motion to continue final dispositional hearing shall be restricted pursuant to the E-Government Act.

   DATED this 17th day of April, 2013.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court