IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR399 |
| | ) | |
| v. | ) | |
| | ) | |
| IVAN J. PARKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 67). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to restricted granted. The motion to reconsider detention shall be restricted pursuant to the E-Government Act pending further order of the Court.

DATED this 23rd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court